UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF MARK B. DUBOIS, *et al*.,<br><br>Defendants. | No. 2:16-cv-01883-SB<br><br>**ORDER ACCEPTING STIPULATION; AMENDING JURY TRIAL SCHEDULING ORDER** |

    Before the Court is the parties' Stipulation and [Proposed] Order Extending Discovery Cutoff and Time to File Dispositive Motions, ECF No 50. The parties that have thus far appeared in this action, Plaintiffs Miller Martial Deduction Trust, by and through its trustees, Helen Miller and James Morris; and Helen Miller, individual; Defendant Estate of Jack Miller, deceased; Defendant Estate of Mary Dubois; and Defendant Estate of Richard Calhoun, deceased (collectively, the "Parties"), stipulate and agree to amend the Jury Trial Scheduling Order, ECF No. 24.

    Due to various reasons, Defendant Estate of Jack Miller cannot depose Plaintiffs' witnesses, Ms. Miller and Mr. Morris, before the January 2, 2018

**ORDER GRANTING STIPULATION; AMENDING JURY TRIAL SCHEDULING ORDER ^** 1

discovery deadline. Therefore, the Parties request the Court extend the discovery deadline for the limited purpose of taking the depositions of these two witnesses, and extend the deadline to file dispositive motions. The Court finds good cause to accept the Parties' stipulation and **amend** the Jury Trial Scheduling Order.

Accordingly, **IT IS ORDERED:**

1. The Parties' Stipulation and [Proposed] Order Extending Discovery Cutoff and Time to File Dispositive Motions, ECF No 50, is **accepted** and **entered** into the record.

2. The Jury Trial Scheduling Order, ECF No. 24, shall be **amended** as follows:

. . .

**DISCOVERY DEADLINES**

**Discovery Deadline:** All discovery shall be completed on or before **January 11, 2018**, for the limited purpose of taking the depositions of Ms. Miller and Mr. Morris.

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATION; AMENDING JURY TRIAL SCHEDULING ORDER ^ 2**

# MOTION DEADLINES

**Dispositive Motions.** All dispositive motions shall be filed and served on or before **January 25, 2018**.

. . .

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 15th day of December 2017.

                           */s/ Stanley A. Bastian*
                              Stanley A. Bastian
                            United States District Judge

**ORDER GRANTING STIPULATION; AMENDING JURY TRIAL SCHEDULING ORDER ^ 3**