UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

**FILED**
Dec 29, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,

    Plaintiffs,

    v.

ESTATE OF MARK B. DUBOIS, *et al*.,

    Defendants.

No. 2:16-cv-01883-SB

**ORDER NOTICING MOTION ON MOTION CALENDAR**

**WITHOUT ORAL ARGUMENT JANUARY 19, 2018**

    Before the Court is Central Mutual Insurance Company's ("Central") Motion to Quash or Modify Subpoena Issued by Plaintiff, ECF No. 49, and related Notice of Motion, ECF No. 53. Central failed to note its motion for calendar as required by Local Rule 230(b). Being that this is the first time Central has failed to do so, the Court shall notice Central's motion for hearing without oral argument on **January 19, 2018**.

//
//
//
//
//

**ORDER ^** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Central's Motion to Quash or Modify Subpoena Issued by Plaintiff, ECF No. 49, is **NOTICED** for hearing without oral argument on **January 19, 2018**. If the Court determines oral argument is required, it shall contact the parties to schedule a hearing.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and to **NOTE** Central's Motion to Quash or Modify Subpoena Issued by Plaintiff, ECF No. 49, for hearing without oral argument on January 19, 2018, on the motion calendar.

**DATED** this 29th day of December 2017.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER ^** 2