UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESTATE OF MARK B. DUBOIS, *et al*.,<br><br>    Defendants. | No. 2:16-cv-01883-SB<br><br>**ORDER** |

    On December 29, 2017, the Court issued an Order noticing Central Mutual Insurance Company's ("Central") Motion to Quash or Modify Subpoena for hearing without oral argument on January 19, 2018. ECF No. 54. The Court has received the parties' briefings and the record, as to this motion, is now closed.

    On January 9, 2018, Central filed a Notice of Intent to Request Redactions, ECF No. 57. Central, again, failed to note its motion for calendar as required by Local Rule 230(b). The Court shall notice this motion for hearing without oral argument on February 27, 2018. The briefing schedule shall be as follows: opposition, if any, shall be filed no later than February 13, 2018; and any reply shall be filed no later than February 20, 2018.

//

**ORDER ^** 1

Because Central's motions relate to Plaintiffs' subpoena requesting the production of documents, information, or objects in Central's possession, the Court shall decide both matters by single Order, after the February 27, 2018 hearing date.

Accordingly, **IT IS HEREBY ORDERED:**

1. Central's Notice of Intent to Request Redactions, ECF No. 57, is **NOTICED** for hearing without oral argument on **February 27, 2018**. If the Court determines oral argument is required, it shall contact the parties to schedule a hearing.

2. The briefing schedule shall be as follows: opposition, if any, shall be filed no later than **February 13, 2018**. Any reply shall be filed no later than **February 20, 2018**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and to **NOTE** Central's Notice of Intent to Request Redactions, ECF No. 57, for hearing without oral argument on **February 27, 2018**, on the motion calendar.

**DATED** this 19th day of January 2018.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER ^ 2**