UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF MARK B. DUBOIS, *et al.*,<br><br>Defendants. | No. 2:16-cv-01883-SB<br><br>**ORDER RESETTING MOTION HEARING** |

Currently pending before the Court are Defendants' Motions for Summary Judgement, ECF Nos. 61 and 62; and Plaintiffs' Motion for Preliminary Injunction, ECF No. 63. The Court informs the parties that it shall address these motions by consolidated hearing on March 21, 2018, without oral argument. Thus, the hearing for Plaintiffs' motion, currently set for hearing on February 28, 2018, shall be vacated and reset to March 21, 2018.

//
//
//
//
//

**ORDER RESETTING MOTION HEARING ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The hearing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 63, is **VACATED** and **RESET** to March 21, 2018 without oral argument. If the Court determines oral argument is required, it shall contact the parties to schedule a hearing.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 9th day of February 2018.

_____
Stanley A. Bastian
United States District Judge