Bret A. Stone   SBN 190161   BStone@PaladinLaw.com
Melanie A. Mariotti   SBN 309000   MMariotti@PaladinLaw.com
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
Telephone:   (805) 898-9700
Facsimile:   (805) 852-2495

Counsel for the Miller Marital Deduction Trust,
by and through its trustees, Helen Miller and James Morris;
and Helen Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>ESTATE OF MARK B. DUBOIS, DECEASED, an individual and dba Glo Dry Cleaning System, *et al*.<br><br>*Defendants*.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:16-cv-01883-SB<br><br>HELEN MILLER'S AND THE MILLER TRUST'S OPPOSITION TO STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT BY ESTATE OF JACK MILLER, DECEASED<br><br>WITH ORAL ARGUMENT<br><br>Hearing:<br>March 21, 2018<br><br>Judge Stanley A. Bastian<br><br>Complaint filed: August 10, 2016<br>Discovery cut-off: January 2, 2018<br>Trial date: May 21, 2018 |

Pursuant to Local Rule 260 and Federal Rule of Civil Procedure 56, and in response to Defendant Estate of Jack Miller, Deceased's ("Estate of Jack Miller") Statement of Undisputed Facts, ECF No. 61-2, Plaintiff Miller Marital Deduction Trust, by and through its trustees, Helen Miller and James Morris, and Helen Miller (collectively, the "Miller Trust") hereby submits the following Statement of Undisputed Facts in opposition to Estate of Jack Miller's Motion for Summary Judgment, as follows.



| The Estate's Undisputed Facts And Supporting Evidence: | The Miller Trust's Response And Supporting Evidence: |
|---|---|
| 1. Plaintiffs Miller Marital Deduction Trust and Helen Miller (collectively, the "Trust") seek to recover costs associated with investigating and remediating environmental contamination allegedly emanating from property located at 6045 Pacific Avenue, Stockton, California.<br><br>First Amended Complaint ("FAC") (Dkt. No. 34) at ¶¶ 1, 2, 32-50. | Undisputed. |
| 2. Zurich American Insurance Company issued Jack Miller policy SM 46601256 for the period 1/11/77-1/11/80, policy SM 13666545 for the period 1/11/80-1/11/83, and policy SM 47012933 for the period 1/11/83-1/11/84 (collectively, the "Zurich policies").<br><br>Declaration of Arlene Church ("Church Decl."), Exhs. A, B, and C. | Undisputed. |
| 3. Allianz Insurance Company issued Jack Miller policy AMP 167037 for the period 1/11/85-1/11/86 (the "Allianz policy").<br><br>Declaration of Darrell McCarley ("McCarley Decl."), Exh. D. | Undisputed. |
| 4. The Allianz policy and the Zurich policies contain pollution exclusions stating that the policies do not apply:<br><br>(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water, but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.<br><br>Church Decl., Exhs. A, B, and C; McCarley Decl., Exh. D. | Undisputed. |



| The Estate's Undisputed Facts And Supporting Evidence: | The Miller Trust's Response And Supporting Evidence: |
|---|---|
| 5. The Estate served the Trust with comprehensive discovery requests asking the Trust to provide all facts, identify all witnesses, and identify all documents supporting its contention that sudden and accidental discharges or releases of contaminants occurred at the Site.<br><br>Declaration of Brendan V. Mullan ("Mullan Decl."), Exhs. H, J. | Undisputed. |
| 6. In its responses to the Estate's discovery, the Trust identified eight witnesses with knowledge of such discharges or releases (Colleen Joy, Daniel J. Villanueva, Alborz A. Wozniak, Steve Sadler, Mark Calhoun, Dorothy Calhoun, Helen Miller, and James Morris).<br><br>Mullan Decl., Exh. I. | Undisputed. |
| 7. Ms. Joy has submitted a declaration stating, *inter alia*, "I have no knowledge of any spill, discharge, release, or escape of any chemicals or pollutants at the property located at 6045 Pacific Avenue, Stockton, California."<br><br>Joy Decl., ¶ 4. | Undisputed that Ms. Joy said she had no knowledge, but subject to Evidentiary Objections in Support of The Miller Trust's Opposition to Jack Miller's Motion for Summary Judgment, Nos. 1 and 2.<br><br>No foundation that she was ever in a position to have knowledge of a spill, discharge, release, or escape of any chemicals or pollutants as Joy's Declaration did not include if she had ever been to the Property or Glo-Dry Cleaning System and her Declaration states that she did not work for the company.<br><br>ECF No. 61-3 |
| 8. Ms. Miller, Mr. Morris, Ms. Calhoun, and Mr. Calhoun each testified that they have no knowledge of any sudden and accidental releases or discharges of contaminants at the Site.<br><br>Mullan Decl., Exhs. M-P. | Undisputed that Ms. Miller, Mr. Morris, Ms. Calhoun, and Mr. Calhoun said they had no knowledge or could not remember or could not recall, but subject to Evidentiary Objections in Support of The Miller Trust's Opposition to Jack Miller's Motion for Summary Judgment, Nos. 3 and 4.<br><br>Ms. Miller had only been to the dry cleaners once, Mr. Morris had only been once and does |



| The Estate's Undisputed Facts And Supporting Evidence: | The Miller Trust's Response And Supporting Evidence: |
|---|---|
| | not recall having been inside, Ms. Calhoun testified that she stayed in the front of the business and only went back to use the restroom. Mr. Calhoun testified that he only worked there for a year and only on Saturday afternoons. |
| 9.  Mr. Villanueva is a consultant to the Trust and Mr. Wozniak and Mr. Sadler are expert witnesses for the Trust.  None of them have submitted any evidence, on personal knowledge, identifying any particular "sudden and accidental" discharges or releases of contaminants that "contributed substantially" to causing the contamination at issue at the Site.<br><br>Mullan Decl., Exhs. I, S-V. | Disputed.<br><br>The environmental data has identified PCE contamination at the Site, emanating from 6045 Pacific Avenue, Stockton, California (the "Property"). The Property was the location of a dry cleaning business, Glo Dry Cleaning System, where PCE was used. Mr. Wozniak has opined that the PCE contamination was caused by dry cleaning operations and that due to the high levels of PCE in shallow soil, there was more likely than not a release of pure phase PCE. Mr. Sadler has opined that the dry cleaning machines at the Property used PCE has identified several mechanisms in which PCE would be released during dry cleaner operations in a "sudden and accidental" manner. Additionally, Mr. Sadler has opined that a release of pure phase PCE would more likely than not be the result of a sudden and accidental release or discharge due to the value of pure PCE and the fact that it was not considered a waste product.<br><br>Decl. of Steve Sadler at ¶ 8, Ex. 1, ¶¶ 16, 18; Decl. of Alborz Wozniak at ¶ 4, Exh. 1, ¶10. |
| 10. In its responses to the Estate's discovery, the Trust identified document Bates stamped MMDT0000880, a work proposal by Jerry Joy & Associates dated May 17, 1985.<br><br>Mullan Decl., Exhs. I, X. | Undisputed. |
| 11. The proposal by Jerry Joy & Associates does not identify any sudden and accidental releases or discharges of | Disputed.<br><br>The proposal discusses the destruction of the |



OPPOSITION TO STATEMENT OF UNDISPUTED FACTS OF ESTATE OF JACK MILLER

| The Estate's Undisputed Facts And Supporting Evidence: | The Miller Trust's Response And Supporting Evidence: |
|---|---|
| contaminants at the Site.<br><br>Mullan Decl., Exh. X. | concrete slab and building which held the dry cleaning equipment. This concrete slab would have been permeated with PCE. Destruction of the slab would have released PCE. Other documents show that permits were obtained for the work and Mr. Miller paid Jerry Joy & Associates for the work.<br><br>Declaration of Bret Stone at ¶¶ 16-19, Exhs. 12-15. |
| 12. In its responses to the Estate's discovery, the Trust referred to environmental reports for the Site available on the GeoTracker website.<br><br>Mullan Decl., Exh. I. | Undisputed. |
| 13. None of the documents for the Site on GeoTracker identify (i) any specific sudden and accidental releases or discharges of contaminants at the Site or (ii) witnesses with personal knowledge of any such discharges.<br><br>Mullan Decl., Exhs. V, W. | Undisputed. |

Dated: March 7, 2018

PALADIN LAW GROUP® LLP

By:  /s/ *Bret A. Stone*

Bret A. Stone
Counsel for Miller Marital Deduction Trust by and through its trustees Helen Miller and James Morris, and Helen Miller

