UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESTATE OF MARK B. DUBOIS, *et al*.,<br><br>    Defendants. | No. 2:16-cv-01883-SB<br><br>**ORDER STRIKING TRIAL DATE; ADDITIONAL BRIEFING REQUESTED** |

    Currently pending before the Court is Defendant Estate of Jack Miller's Motion for Summary Judgment, ECF No. 61, and Defendant Estate of Richard Calhoun's Motion for Summary Judgment, ECF No. 62. The Court requests additional briefing from the parties on the following questions:

    (1) Is the definition of the term "occurrence" in the relevant insurance policies an issue for the Court to consider when deciding the pending motions for summary judgment? If not, why?

    (2) If the definition of the term "occurrence" is relevant for the Court to consider when deciding the motions for summary judgment, must the event

causing property damage occur during the policy period for coverage to exist?

(3) Does the alleged "sudden and accidental" event have to occur during the applicable insurance policy period in order for the "sudden and accidental" exception to apply? Is the issue of when the alleged "sudden and accidental" event occurred relevant to the determining the applicability of the exception?

Given the request for additional briefing and the nature of the parties' motions, the Court strikes the trial date and any pending pretrial deadlines.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties **SHALL** provide additional briefing on the questions presented above no later than **May 2, 2018**. The additional briefing shall not exceed fifteen (15) pages in length.

2. The trial date, currently set for May 21, 2018, and any pending pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 18th day of April 2018.

_____
Stanley A. Bastian
United States District Judge

**ORDER STRIKING TRIAL DATE; ADDITIONAL BRIEFING REQUESTED^ 2**