UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF MARK B. DUBOIS, *et al*.,<br><br>Defendants. | No. 2:16-cv-01883-SB<br><br>**ORDER DISMISSING DUBOIS COUNTERCLAIM** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 116. Defendant and Counterclaimant Mary Dubois ("Mary DuBois") and Counterdefendants Miller Marital Deduction Trust, by and through its trustees, Helen Miller and James Morris, and Helen Miller, an individual (collectively, the "Miller Trust") stipulate and request the Court dismiss Mary Dubois' counterclaim against the Miller Trust with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and dismiss Mary Dubois' counterclaim.

//

//

//

**ORDER DISMISSING DUBOIS COUNTERCLAIM ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 116, is **ACCEPTED** and **ENTERED** into the record.

2. Mary Dubois' counterclaim against the Miller Trust is **DISMISSED with prejudice** and without costs to any party

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 2nd day of July 2018.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DUBOIS COUNTERCLAIM ^ 2**