# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MILLER MARITAL DEDUCTION TRUST, ET AL.,**

CASE NO: **2:16−CV−01883−SB**

v.

**ESTATE OF MARK B. DUBOIS, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/3/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 16, 2018**

by: /s/ M. York
Deputy Clerk