1  Bret A. Stone          SBN 190161  BStone@PaladinLaw.com
   Melanie A. Mariotti    SBN 309000  MMariotti@PaladinLaw.com
2  PALADIN LAW GROUP® LLP
   220 W. Gutierrez Street
3  Santa Barbara, CA  93101
   Telephone:    (805) 898-9700
4  Facsimile:    (805) 852-2495

5  Counsel for Plaintiffs
   Miller Marital Deduction Trust, by and through its trustees,
6  Helen Miller and James Morris; and Helen Miller

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10  MILLER MARITAL DEDUCTION TRUST, by        Case No. 2:16-CV-01883-SB
    and through its trustees, Helen Miller and James
11  Morris; *et al.*,                         JOINT STATUS REPORT

12              *Plaintiffs*,                 *Assigned to Judge Stanley A. Bastian*

13  *v.*                                      Action filed:  August 10, 2016
                                              Discovery cut-off: January 2, 2018
14  ESTATE OF MARK B. DUBOIS, DECEASED,       Trial date: none set
    *et al.*,
15
                *Defendants*.
16

17      Plaintiffs Miller Marital Deduction Trust, by and through its trustees Helen Miller and James

18  Morris, and Helen Miller (collectively, the "Miller Trust") and Defendant Mary DuBois,

19  respectfully submit their Joint Status Report after judgment was granted for the Estate of Jack

20  Miller, Deceased and the Estate of Richard Calhoun, Deceased *ex rel.* Insurance Company of the

21  West and Mary DuBois dismissed her counterclaim against the Miller Trust.  *See* ECF Dkt. 118.

22  **a)    BRIEF SUMMARY OF THE CLAIMS**

23      This case involves environmental contamination which is allegedly at and emanating from

24  the real property located at 6045 Pacific Avenue, Stockton, California (the "Site").  The Miller

25  Trust filed this suit for cost recovery after discovering soil and groundwater contamination that it

26  alleges came from Glo Dry Cleaning System, a dry cleaning business.  Defendants are the owners

27  and operators of that business, and the prior owners of the property.  The factual issues in this case

28  are: (1) how the contamination was caused; (2) the timing, nature, and extent of the contamination;



and (3) the amount and allocation of cleanup costs.

Section 107 of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") imposes strict, joint and several liability on potentially responsible parties, including former owners and operators of a facility such as Glo Dry Cleaning System.  Thus, the legal issues in this case are each party's status as an owner or operator.  CERCLA, 42 U.S.C. § 9607(a).

**b)   STATUS OF SERVICE UPON ALL DEFENDANTS**

Defendant Mary DuBois was served and responded to the initial Complaint.  *See* ECF Dkt. 14.  She was also served with the First Amended Complaint. *See* ECF Dkt. 34. Defendant Dorothy Carolyn Calhoun was served on October 1, 2016, *see* ECF Dkt. 12, but did not respond to it.  The Clerk was asked to enter her default on October 28, 2016, *see* ECF Dkt. 13, which the Clerk did on October 31, 2016, *see* ECF Dkt. 14.  Defendant Dorothy Calhoun was also served with the First Amended Complaint on September 13, 2017 and again did not respond. *See* ECF Dkt. 37. The Clerk was asked to enter her default on November 17, 2017, *see* ECF Dkt. 46, which the Clerk did on November 29, 2017, *see* ECF Dkt. 47.

**c)   STATUTORY BASIS FOR JURISDICTION AND VENUE**

This Court has jurisdiction over the subject matter of the Miller Trust's First and Second Causes of Action pursuant to CERCLA § 107, 42 U.S.C. § 9607, and 28 U.S.C. § 1331. The Court also has jurisdiction over the Miller Trust's state law claims for contribution under 28 U.S.C. § 1367 (supplemental jurisdiction) because the claim arises from the same nucleus of operative facts as the federal claims.

Venue is proper in this Court pursuant to CERCLA § 113(b) because the alleged releases and damage occurred in this judicial district.  42 U.S.C. § 9613(b).

**d)   DISPOSITION OF PENDING MOTIONS**

This Court currently has a motion for reconsideration pending before it as to the status of the motion for a preliminary injunction with regards to the Defendant in Default Dorothy Calhoun. The Miller Trust requests a decision on that motion because Dorothy Calhoun is a defendant in default and therefore the judgment issued in favor of the Estate of Richard Calhoun did not moot the motion



as to her.

**e)**   **PROPOSED DATES FOR DEFAULT JUDGMENT HEARING AND DISMISSAL**

At this point, the remaining issues in this case are: the Court reaching a decision on the motion for reconsideration; the Miller Trust proving the default judgment against Dorothy Calhoun; and entering into a stipulated dismissal of the complaint against Mary DuBois based upon the default judgment against Dorothy Calhoun being granted.

The Miller Trust proposes that within thirty days after the Court issues an order on the motion for reconsideration, the Miller Trust will apply to the Court for the final default judgment against Dorothy Calhoun. Within sixty days after the final default judgment has been issued against Dorothy Calhoun, the Miller Trust and Mary DuBois will enter into a stipulated dismissal without prejudice of the First Amended Complaint against Mary DuBois.

**f)**   **PROSPECTS OF SETTLEMENT**

The parties believe this case will be settled in the form of a stipulated dismissal as to Mary DuBois and a default judgment entered against Dorothy Calhoun.

**g)**   **OTHER MATTERS**

No other matters that may conducive to the just and expeditious disposition of the case appear to the parties at this time.  The parties do not stipulate to the trial judge acting as a settlement judge.


Respectfully submitted,

Dated: August 14, 2018              PALADIN LAW GROUP® LLP

                                  By:   /s/  *Bret A. Stone*

                                  Bret A. Stone
                                  Counsel for Miller Marital Deduction Trust
                                  by and through its trustees Helen Miller and
                                  James Morris, and Helen Miller


Dated: August 14, 2018              ISOLA LAW GROUP LLP

                                  By:   /s/ David R. Isola (as authorized on 8/14/2018)

                                  David R. Isola
                                  Counsel for Mary DuBois