UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MILLER MARITAL DEDUCTION TRUST, by and through its trustees, Helen Miller and James Morris; and HELEN MILLER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESTATE OF MARK B. DUBOIS, *et al.*,<br><br>    Defendants. | No. 2:16-cv-01883-SB<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES; CLOSING FILE** |

Before the Court is Plaintiffs' Motion for Attorney's Fees Against Dorothy Calhoun, ECF No. 139. The Court recently granted default judgment in favor of Plaintiffs against Dorothy Calhoun. See ECF No. 136. Plaintiffs now request an award of reasonable attorneys' fees for work in prosecuting this action against Dorothy Calhoun. The Court finds good cause to grant Plaintiffs' motion.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Attorney's Fees Against Dorothy Calhoun, ECF No. 139, is **GRANTED**. Plaintiffs are awarded attorneys' fees in the amount of **$98,645.00**.

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES; CLOSING FILE ^** 1

2. The parties' Request for Dismissal of Mary DuBois, ECF No. 140, is **ACCEPTED** and **ENTERED** into the record. All claims by and against Defendant Mary DuBois are **DISMISSED without prejudice**, and without costs or fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 22nd day of August 2019.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES; CLOSING FILE ^ 2**